In re Andrew Ian DOUGLASS.

No. 2014–1207.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2015.

John Thomas Harding, Morrison Mahoney, LLP, Boston, MA argued for appellant. Also represented by Joseph B. Milstein, Milstein Zhang & Wu LLC, Newton, MA.

Jeremiah Helm, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by Jamie Lynne Simpson, Nathan K. Kelley.

WALLACH, TARANTO, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**